## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN GREENE** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-4446** |
| | : | |
| **TRANS UNION LLC, ET AL.** | : | |

### ORDER

This 28th day of January, 2022, it is hereby **ORDERED** that Defendant LVNV Funding LLC's Motion to Dismiss (ECF 16) is **GRANTED**. Plaintiff's claims as to Defendant LVNV Funding LLC are **DISMISSED** for lack of jurisdiction.

/s/ Gerald Austin McHugh
United States District Judge